# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 16-08792 BKT** |
| **L&R DEVELOPMENT & INVESTMENT CORP** | **Chapter 11** |
| | **Adversary No. 17-00098** |
| **Debtor(s)** | |
| **L&R DEVELOPMENT & INVESTMENT CORP** | |
| **Plaintiff** | |
| **vs.** | |
| **HECTOR NOEL ROMAN RAMOS; MYRNA ENID PEREZ VEGA; THE LEGAL CONJUGAL PARTNERSHIP** | |
| | **FILED & ENTERED ON 10/27/2017** |
| **Defendant(s)** | |

## OPINION & ORDER

For the reasons stated in Plaintiff/Debtor L&R Development & Investment Corporation's *Debtor's Response to the Romans' Motion to Dismiss Complaint* [Dkt. No. 23], whose conclusions of law the court hereby adopts in its entirety, Defendants Hector Noel Roman, Myrna Enid Perez

Vega, and their Legal Conjugal Partnership's *Motion to Dismiss Complaint Under Bankr. Rule 7012(B)* [Dkt. No. 17] is DENIED. The Defendants shall file an answer to the Complaint within twenty-one (21) days. The Clerk will schedule an Initial Scheduling Conference.

SO ORDERED

San Juan, Puerto Rico, this 27th day of October, 2017.

Brian K. Tester
U.S. Bankruptcy Judge